No. 09–10950. ADIR *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–10951. HARRIS *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–10952. GATTIS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 09–10954. FIGUEROA *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 09–10959. DUTCH *v.* BALICKI, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–10964. MARTIN *v.* FANIES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 09–10965. LEIVA *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 09–10967. HALLORAN *v.* BENNETT, ATTORNEY GENERAL OF HAWAII, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–10968. PO KEE WONG *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 09–10975. BUCKNER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–10976. MEISTER *v.* FLORIDA UNEMPLOYMENT APPEALS COMMISSION ET AL. Sup. Ct. Fla. Certiorari denied.

No. 09–10978. CASTRO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–10979. MATOS MONTALVO *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 09–10981. DAVIS *v.* MARYLAND STATE DEPARTMENT OF EDUCATION. Ct. Sp. App. Md. Certiorari denied.